# Exhibit 1

Case 4:25-cv-06358   Document 1-1   Filed on 12/31/25 in TXSD   Page 2 of 7

10/29/2025 2:00 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 107436058
By: Joshua Hall
Filed: 10/29/2025 2:00 PM

PLAINTIFF'S ORIGINAL PETITION

IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS

James L. Stevenson Jr.,

Plaintiff

v.

City of Houston; Houston Police Department;

Officer J. Barrera (Badge #10582), in His Individual and Official Capacities;

and Progressive County Mutual Insurance Company,

Defendants.

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, James L. Stevenson Jr., Plaintiff in the above-entitled and numbered cause, and files this Original Petition complaining of City of Houston, Houston Police Department, Officer J. Barrera (Badge #10582), in his individual and official capacities, and Progressive County Mutual Insurance Company, collectively referred to as "Defendants," and in support thereof would respectfully show the Court as follows:

## I. PARTIES

1. Plaintiff, James L. Stevenson Jr., is an individual residing at 8849 Braesmont Drive, Unit 231, Houston, Texas 77096.

2. Defendant, City of Houston, may be served with process through its City Secretary at 901 Bagby Street, Houston, Texas 77002.

3. Defendant, Houston Police Department, may be served through the City Legal Department at 900 Bagby Street, Houston, Texas 77002.

For Official Governmental Use Only - Do Not Disseminate to the Public: 123413990 - Page 1 of 5

4. Defendant, Officer J. Barrera (Badge #10582), may be served individually and in his official capacity at the Houston Police Department, 1200 Travis Street, Houston, Texas 77002.

5. Defendant, Progressive County Mutual Insurance Company, may be served by serving its registered agent, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## II. JURISDICTION AND VENUE

6. This Court has jurisdiction over the subject matter of this action because the damages sought exceed the minimum jurisdictional limits of the Court.

7. Venue is proper in Harris County, Texas under Section 15.002 of the Texas Civil Practice & Remedies Code because all or a substantial part of the events giving rise to this claim occurred in Harris County.

## III. FACTUAL BACKGROUND

8. On or about November 26, 2023, Plaintiff was involved in an automobile accident in Houston, Texas.

9. The Houston Police Department (HPD) failed to properly investigate the accident and withheld exculpatory evidence that would have cleared Plaintiff of fault. HPD failed to contact Plaintiff, interview witnesses, or review available evidence.

10. Based on incomplete and false information, HPD wrongfully identified Plaintiff as the driver and wrongfully initiated criminal charges against him, causing reputational and emotional harm.

11. Progressive County Mutual Insurance Company, relying on HPD's false report, failed to properly investigate Plaintiff's claim and acted in bad faith despite being informed that Plaintiff was not the driver.

12. The City of Houston, through its agents, and the Houston Police Department failed in their duties, resulting in false accusations, violation of due process, and damages to Plaintiff's reputation, health, and finances.

For Official Governmental Use Only - Do Not Disseminate to the Public: 123413990 - Page 2 of 5

## IV. CAUSES OF ACTION

A. Negligence and Gross Negligence (City of Houston & HPD)

13. Defendants breached their duty to conduct a proper and reasonable investigation. Their acts and omissions were negligent and grossly negligent, proximately causing Plaintiff's injuries and damages.

B. Abuse of Process / False Prosecution (City of Houston, HPD, Officer Barrera)

14. Defendants used legal processes for an improper purpose, initiating charges without probable cause and with reckless disregard for Plaintiff's rights.

C. Insurance Bad Faith (Progressive County Mutual Insurance Company)

15. Progressive acted in bad faith and breached its duty of good faith and fair dealing by failing to properly investigate Plaintiff's claim, relying on false reports, and refusing to honor coverage.

D. Civil Rights Violations (42 U.S.C. §1983)

16. The City of Houston, HPD, and Officer Barrera, acting under color of law, deprived Plaintiff of his rights under the Fourteenth Amendment to due process and equal protection by withholding exculpatory evidence and pursuing false charges.

## V. DAMAGES

17. Plaintiff seeks monetary relief in an amount over $1,000,000 but not more than $5,000,000, including:

- Mental anguish and emotional distress;
- Reputational harm;
- Loss of income and future earnings;
- Punitive damages for gross negligence and bad faith conduct;
- Court costs and any other relief the Court deems just.

For Official Governmental Use Only - Do Not Disseminate to the Public: 123413990 - Page 3 of 5

## VI. DECLARATORY RELIEF

18. Plaintiff seeks a declaratory judgment that Defendants' conduct violated his rights under the laws and Constitution of the United States and the State of Texas.

---

## VII. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that Defendants be cited to appear and answer, and that upon final hearing, the Court grant judgment in favor of Plaintiff for the following:

1. Compensatory and punitive damages in excess of $1,000,000 but not more than $5,000,000;

2. Declaratory relief as stated herein;

3. Costs of court; and

4. Such other and further relief to which Plaintiff may be justly entitled.

---

Respectfully submitted,

/s/ James L. Stevenson Jr.

James L. Stevenson Jr., Pro Se Plaintiff

8849 Braesmont Dr., Unit 231

Houston, TX 77096

(832) 528-8562

DiversityInspired@icloud.com

For Official Governmental Use Only - Do Not Disseminate to the Public: 123413990 - Page 4 of 5

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 107436058
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition for Negligence, Gross Negligence, Civil rights Violations, and Bad Faith Insurance
Status as of 10/29/2025 2:34 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Stevenson | | diversityinspired@icloud.com | 10/29/2025 2:00:03 PM | SENT |

For Official Governmental Use Only - Do Not Disseminate to the Public: 123413990 - Page 5 of 5



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 4, 2025

Certified Document Number:        123413990 Total Pages:  5

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**